■ In the Matter of Kenneth M., Appellant.—Order, Family Court, Bronx County, entered on November 6, 1978, unanimously affirmed, without costs and without disbursements. (See *People v Santiago,* 48 NY2d 1023.) No

opinion. Concur—Kupferman, J. P., Sullivan, Lupiano, Silverman and Bloom, JJ.